UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICIA WALLS,<br><br>                Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security<br><br>                Defendant. | Case No.  C07-5053KLS<br><br>ORDER TO SHOW CAUSE |

    This matter comes before the court on plaintiff's filing of an application to proceed *in forma pauperis* and a complaint to review and set aside a decision of the Social Security Administration under 42 U.S.C. § 405(g).  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

    By requesting the court to proceed *in forma pauperis*, plaintiff is asking the government to incur the filing fee because she allegedly is unable to afford the costs necessary to proceed with her cause of action.  In her application, in answer to question number 4, plaintiff states she has a joint checking account, but does not state how much is in that account as required by the question.  As such, plaintiff's application is deficient, and the Court at this time is unable to determine whether she is entitled to *in forma pauperis* status.

    Accordingly, the Court hereby finds and ORDERS as follows:

    (1)    Plaintiff shall seek to cure this deficiency by filing **no later than March 14, 2007**, a

ORDER
Page - 1

response to this order stating how much she currently has in her joint checking account as required in her *in forma pauperis* application.

**Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

(2) The clerk is directed to send a copies of this Order to counsel for plaintiff.

DATED this 14th day of March, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2